NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEE MONBO,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1608

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00325-MRS, Judge Molly R. Silfen.

---

Before TARANTO, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

### O R D E R

Dee Monbo seeks to appeal the United States Court of Federal Claims's order directing her to show cause why her bid protest case should not be dismissed for lack of standing or jurisdiction or on the basis of issue preclusion.  On May 27, 2025, this court directed the parties to address this court's jurisdiction.  Ms. Monbo has not filed a response. The United States urges dismissal for lack of jurisdiction.

In general, this court only has jurisdiction to review a "final decision" of the Court of Federal Claims, 28 U.S.C. § 1295(a)(3), which is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment," *Catlin v. United States*, 324 U.S. 229, 233 (1945). Here, the trial court's show cause order is plainly not a final decision.[1] Because we lack jurisdiction, we dismiss the appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 12, 2025
Date

---

[1] Although the Court of Federal Claims subsequently dismissed Ms. Monbo's complaint and entered judgment, Ms. Monbo did not file a new or amended notice of appeal from that judgment or respond to this court's show cause order. *See* Fed. R. App. P. 3, 4.